**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**SERAFIN SANDOVAL-VEGA,**                                           **PETITIONER**
**ADC #142319**

**v.**                       **CASE NO. 5:13CV00170-BSM**

**RAY HOBBS, Director**
**Arkansas Department of Correction**                         **RESPONDENT**

## **ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety. Accordingly, Sandoval-Vega's Petition [Doc. No. 2] is dismissed with prejudice. In accordance with 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases, a certificate of appealability will not be issued because Sandoval-Vega has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 13th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE